UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE, | No. 2:24-cv-03430-DJC-CKD (PS) |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| KATHERINE LESTER, | |
| Defendant. | |

    This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On April 21, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) The findings and recommendations were re-served on April 24, 2025, after Plaintiff's address of record was updated pursuant to a notice of change of address filed in another case. Plaintiff then filed objections to the findings and recommendations. (ECF No. 13.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the

1

1  record and by proper analysis.

2      Accordingly, IT IS HEREBY ORDERED as follows:

3      1. The findings and recommendations filed April 21, 2025 (ECF No. 11) are
4         adopted in full.
5      2. Defendant's motion to dismiss (ECF No. 5) is GRANTED and this case is
6         dismissed for failure to state a claim.
7      3. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: **June 13, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8, roda24cv3420.jo